Honorable Thomas S. Zilly

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MUSSE BAHTA, | NO. C20-1213-TSZ |
| Plaintiff, | STIPULATION AND ORDER TO EXTEND DEADLINES |
| v. | |
| CHAD WOLF, Acting Secretary of the Department of Homeland Security, *et al.*, | |
| Defendants. | |

**Stipulation**

The parties have conferred and stipulate and agree as follows. In light of ongoing adjudication of Plaintiff's' application, the results of which may render these proceedings moot or at least have a relevant impact upon these proceedings, the parties jointly request a 90-day extension of the date by which they must file a Joint Status Report, Dkt. No. 4, and the date by which Defendants must file their Response to the Complaint. The current and proposed deadlines are as follows:

STIPULATION AND ORDER
TO EXTEND DEADLINES- 1
No. C20-1213-TSZ

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

| Deadline | Current Date | Proposed Date |
|---|---|---|
| Response to Petition | October 16, 2020 | January 14, 2021 |
| Joint Status Report and Discovery Plan | October 16, 2020 | January 14, 2021 |

Respectfully submitted and presented this 15th day of October, 2020.

*/s/ Bart Klein*
BART KLEIN WSBA #10909
Law Offices of Bart Klein
605 First Avenue South, Suite 500
Seattle, WA 98104
Tel.: (206) 624-3787
Fax: (206) 624-6371
E-mail: Bart.Klein@bartklein.com

*Attorneys for Plaintiffs*

BRIAN T. MORAN
United States Attorney

*/s/ Patricia D. Gugin*
PATRICIA D. GUGIN, WSBA #43458
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone: 253-428-3832
Fax:    253-428-3826
E-mail: pat.gugin@usdoj.gov

*Attorneys for Defendants*

STIPULATION AND ORDER
TO EXTEND DEADLINES- 2
No. C20-1213-TSZ

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

## **ORDER**

**IT IS SO ORDERED**. Defendants will file their response to Plaintiff's Complaint by January 14, 2021, and the parties will also file their Joint Status Report by January 14, 2021.

Dated this 20th day of October, 2020.

*Thomas S. Zilly* (signature)

Thomas S. Zilly
United States District Judge

Presented by:

*/s/ Bart Klein*
Bart Klein, WSBA# ____
Law Offices of Bart Klein
605 First Avenue South, Suite 500
Seattle, WA 98104
Phone: 206-755-5651
Email: bart.klein@bartklein.com

*Attorneys for Plaintiff*

BRIAN T. MORAN
United States Attorney

*/s/ Patricia D. Gugin*
PATRICIA D. GUGIN, WSBA #43458
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone: 253-428-3832
Fax:    253-428-3826
E-mail: pat.gugin@usdoj.gov

*Attorneys for Defendants*

STIPULATION AND ORDER
TO EXTEND DEADLINES- 3
No. C20-1213-TSZ

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800