Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MUSSE BAHTA,<br><br>     Plaintiff,<br><br>    v.<br><br>CHAD WOLF, Acting Secretary of the Department of Homeland Security; KENNETH T. CUCCINELLI, Senior Official Performing Duties of the Director, U.S. Citizenship and Immigration Services (USCIS); ROBERT COWAN, Director of the National Benefits Center, USCIS; PHILLIP SLATTERY, Director of the National Visa Center (NVC), Department of State; U.S. CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>     Defendants. | NO. C20-1213-TSZ<br><br>STIPULATION FOR ORDER OF DISMISSAL |

The parties hereby stipulate and agree as follows:

STIPULATION FOR ORDER OF DISMISSAL
No. C20-1213-TSZ - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

This matter is now moot as to Defendants Chad Wolf, Kenneth T. Cuccinelli, Robert Cowan, and U.S. Citizenship and Immigration Services (collectively, "USCIS and DHS Defendants"). The matter may be dismissed without prejudice as to USCIS and DHS Defendants and without costs or fees to any party.

Respectfully submitted and presented this 4th day of November, 2020.

| | |
|---|---|
| */s/ Bart Klein* <br> BART KLEIN, WSBA #10909 <br> Law Offices of Bart Klein <br> 605 1st Ave, Ste 500 <br> Seattle , WA 98104 <br> Phone: 206-624-3787 <br> Fax:    206-624-6371 <br> Email: Bart.Klein@bartklein.com <br><br> *Attorneys for Plaintiff* | BRIAN T. MORAN <br> United States Attorney <br><br> */s/ Patricia D. Gugin* <br> PATRICIA D. GUGIN, WSBA #43458 <br> Assistant United States Attorney <br> United States Attorney's Office <br> 1201 Pacific Avenue, Suite 700 <br> Tacoma, Washington 98402 <br> Phone:  253-428-3832 <br> Fax:    253-428-3826 <br> E-mail:  pat.gugin@usdoj.gov <br><br> *Attorneys for Defendants* |

STIPULATION FOR ORDER OF DISMISSAL
No. C20-1213-TSZ - 2

UNITED STATES ATTORNEY
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
(253) 428-3800

# ORDER

**IT IS SO ORDERED**.

Dated this 9th day of November, 2020.

_____
THOMAS S. ZILLY
United States District Judge

Presented by:

*/s/ Bart Klein*
BART KLEIN, WSBA #10909
Law Offices of Bart Klein
605 1st Ave, Ste 500
Seattle , WA 98104
Phone:       206-624-3787
Fax:            206-624-6371
Email:        Bart.Klein@bartklein.Com

*Attorney for Plaintiff*

BRIAN T. MORAN
United States Attorney

*/s/ Patricia D. Gugin*
PATRICIA D. GUGIN, WSBA #43458
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone:       253-428-3832
Fax:            253-428-3826
E-mail:       pat.gugin@usdoj.gov

*Attorneys for Defendants*

STIPULATION FOR ORDER OF DISMISSAL
No. C20-1213-TSZ - 3

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800